Vincent Williams 10519-026
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

FILED
MAY 20 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

Williams
v.
Mr. Rief
2:03-0439
May 6, 2003

The Honorable Magistrate Judge Mary S. Feinberg:

I appeared before you in Jan. or Feb. of 1999 regarding my prosthetic limb. I had undergone three surgeries because the prosthetic limbs being provided for me did not fit properly and were wearing holes in my stump (residual limb). You ordered the prison to make me a prosthetic limb that fit properly. The prison did as you told them. I have been walking for the past three years with minimal problems. However, my stump has shrunk and the prosthetic limb you had made for me no longer fits. I am currently suffering from the same problems as in 1999. The B.O.P. sent me to the Medical Center for Federal Prisoners on Dec. 4, 2002. The prosthetic technician here made me a prosthetic limb that does not fit.

I am worried because I spoke to the warden, Mr. Hedrick, regarding Mr. Rief the prosthetic technician. After I went to the warden Mr. Rief refused to put the foot back on the prosthetic limb that I came here with. Mr. Rief said "You shouldn't have went to the warden on him that it would do me no good". Your Honor I don't know how Mr. Rief obtained the job of prosthetic practitioner. He has tried stuff I have never seen nor heard of to get the prosthetic limb

he made me to fit. But it still does not fit.

I only have 34 months left on a 144 month sentence. I was supposed to go to the residential drug treatment on April 12 of 2003. I am unable to attend the treatment because Mr. Rief is unable to make me a properly fitting prosthetic limb. There are prisoners here who have had as many as 8 prosthetic limbs made by Mr. Rief who are still in wheelchairs.

I am once again asking you for help. I don't know if there is anything you can do for me. But I remember you told me if I had anymore problems with my leg to write you. There has not been a day go by since 1999 that I haven't Thanked God for your help. I now pray that you will help me again.

Respectfully,
Vincent M. Williams

